

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Brendan Layne Jenkins,

\* From the 220th District Court
of Comanche County,
Trial Court No. CR04529.

Vs. No. 11-22-00243-CR

\* December 21, 2023

The State of Texas,

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.